UNITED STATES of America,
Plaintiff-Appellee,

v.

Lawrence GONZALEZ, Jr.,
Defendant-Appellant.

No. 16-10307

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2017 *

Filed March 16, 2017

Erica McCallum, Assistant U.S. Attorney, USTU- Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Before: SILVERMAN, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Lawrence Gonzalez, Jr., appeals from the revocation of supervised release and the 12-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gonzalez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.

Because Gonzalez has fully served his sentence and is not subject to a term of supervised release, we dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

